## Exhibit A to the Complaint

**Location:** New York, NY  
**Total Works Infringed:** 39  
**IP Address:** 98.116.118.18  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 438DA8FA69D50CEA1733402B04DD01CDE39D415A<br>File Hash: E3A468DAFD516F59D05D6DEDE8F8ADFF486BE34B24A78B177152957480D368D5 | 07-26-2021 15:18:09 | Blacked | 09-12-2020 | 09-29-2020 | PA0002258684 |
| 2 | Info Hash: 489BDDB0F22A7CABFE4FC74D5B966931BFD014C1<br>File Hash: 4E32E3DA50856920ED82C73FECC9B196BBB607FD65A6795AC2B595D8E0A35FC6 | 07-26-2021 03:28:01 | Vixen | 11-13-2020 | 12-09-2020 | PA0002274953 |
| 3 | Info Hash: 7FAEB84D764CE48715C6755B8FA0C48A76E0A2CD<br>File Hash: B9803794C2D1A604973910C9F742B7BF4CB5E1B5248EFA608233D33025E52805 | 07-26-2021 03:24:32 | Blacked Raw | 11-30-2020 | 01-04-2021 | PA0002277037 |
| 4 | Info Hash: 93E2A5FE65E5A1C6FD78BEFFAE920CD4F7701877<br>File Hash: B01737AC50BC1B2716C06392CC8B6FE62736C8FF622FFA0F3C04D601409B6668 | 07-19-2021 12:16:20 | Tushy | 07-18-2021 | 08-02-2021 | PA0002305087 |
| 5 | Info Hash: 3190852740A8422FB1010622B45A545B2EA2459F<br>File Hash: 92F7CA45AE3B8A43E5A7626B015182EB395475BA13ACFB309BD336FF4EE90EAE | 07-15-2021 12:27:35 | Vixen | 05-04-2017 | 06-16-2017 | PA0002069283 |
| 6 | Info Hash: 8BD8A32C652E3385C1884BBF8CFF1C2D8D27D7BA<br>File Hash: E67C0877CEA15BD258B815AD9B6BFB1B4F75AC87DB01EA18E670C68D0CAF30B7 | 07-15-2021 12:20:21 | Vixen | 07-13-2017 | 08-10-2017 | PA0002046873 |
| 7 | Info Hash: A431C96503B22EE18A5B1B4CDD3B9C8D90B76FC2<br>File Hash: 0E10287CB4A4360E1ED994303254EBE86DC5EAA9C9B99DBC409534285017716D | 07-15-2021 12:20:01 | Blacked | 01-10-2018 | 01-15-2018 | PA0002070942 |
| 8 | Info Hash: 05974F8D127A7CB312030D0D833B828F6586EEAC<br>File Hash: E1A7010F2D4FAAA96E7A5D9921B722909713AFB4CFF934B79E9D3828CEE441FD | 07-15-2021 12:08:00 | Vixen | 09-06-2017 | 09-15-2017 | PA0002052844 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 288E0948405109A670950D4BA16470FD2A5D75C3<br>File Hash: A024591019EB9C4FD9108120C068BF0057C5559BCC9A84AA6240B0635CC8FF89 | 07-15-2021 12:08:00 | Vixen | 03-10-2018 | 04-17-2018 | PA0002116743 |
| 10 | Info Hash: 0BAEA36D03C153CF962E2B382C78DCC29D150452<br>File Hash: 3DA5A5D8E73723CBFE58FF538CEA2C7BB814F53793E783D42A109B742A13970B | 07-15-2021 12:01:55 | Blacked Raw | 04-27-2018 | 05-24-2018 | PA0002101367 |
| 11 | Info Hash: 104A070B3C1EAE224A2AE6095147C8F7AFCA010B<br>File Hash: 29CA4E08ED0426A4F4838FF45E8D0D6EE8F977BB3260316F2F2499D0AC5508CC | 07-15-2021 11:55:52 | Vixen | 02-13-2018 | 03-02-2018 | PA0002104793 |
| 12 | Info Hash: 6A49A11B13EF590A40FF5301E0376A2FB277D641<br>File Hash: C3C755A26B625D3D20995FCF8C88BEC28BDEC365CF0333DFC275F3EF8D7B50A7 | 07-15-2021 11:55:52 | Blacked | 09-22-2018 | 11-01-2018 | PA0002143419 |
| 13 | Info Hash: 43D5AADB5699D50F9B695E629D7DC6CB0D5AB7C3<br>File Hash: A978F31E358A15095ADA933AC5BAFB0678D3217FFB9C7E0C04B7A2BFC82FC61B | 07-15-2021 05:27:10 | Blacked | 06-29-2017 | 07-07-2017 | PA0002070821 |
| 14 | Info Hash: 683DC9862ED968CB69F33FDF3EC90FCDBFC90496<br>File Hash: 2DFDD794A3246B61569A8DB7B3CDE814BBE5EE49A65D77DD8F822ACF408696C6 | 07-15-2021 05:25:20 | Blacked Raw | 10-24-2017 | 11-30-2017 | PA0002098011 |
| 15 | Info Hash: BCAEF49E2CE81942A47EBD678C0582019E8318A3<br>File Hash: E3F9EEECF6FD21DE522B0D7AF5F73A267D9F422A66C55DD4DDC100CD9EE98142 | 07-08-2021 16:15:38 | Vixen | 11-30-2019 | 12-17-2019 | PA0002217669 |
| 16 | Info Hash: 4E2DD22F610B2FAC87FBE62FD26DD2A74234B671<br>File Hash: 4D03DA09A5753F32E600840E03859DCDFCB7FF7E02FA6992EE0B5A387E0CDB4D | 07-06-2021 00:53:02 | Tushy | 08-19-2018 | 09-05-2018 | PA0002134998 |
| 17 | Info Hash: 31A0CEE0CBEBA1ECD7DDCA954133760919C716E3<br>File Hash: B140202D921E68887E969B7EFB245D9909BD9ECF9A5E2D3EEB5961ECA61D89F7 | 07-05-2021 21:50:54 | Blacked | 02-04-2019 | 03-24-2019 | PA0002183208 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: F491E98F15C829B918E94EDC62F86FC9F5FDF9C8<br>File Hash: 1B3F1DA51F73F9333F96A92475051A292BFACA76CB7EF662457FB18470D95BBC | 07-05-2021 15:58:44 | Blacked | 09-22-2019 | 10-07-2019 | PA0002205469 |
| 19 | Info Hash: 8B936688C9ABD5C741EF8164BC6802C971CE89E1<br>File Hash: 540E3C13A7423F24465E1C900AAB9C7758F4960F262BECF787B76AC3328E0C87 | 07-05-2021 15:58:04 | Blacked | 07-09-2018 | 08-07-2018 | PA0002131818 |
| 20 | Info Hash: D702D009EB68CCFCCED118FF97BC6DFFFC22A38E<br>File Hash: EEB5F417612E98224C56B6D41EBFFE1E1E502D06E897E6B9C94C4B48BAC263DD | 07-05-2021 15:54:38 | Blacked | 12-01-2019 | 12-17-2019 | PA0002217663 |
| 21 | Info Hash: DFD3825A8DD5F25FA848CA8834BD6DAFBE8C75A3<br>File Hash: FEEE731DDE04F0E5DDD9229A300E796F409EC729BAD06798F2D15DBA065A0E0C | 07-05-2021 15:53:44 | Vixen | 02-18-2020 | 03-18-2020 | PA0002241449 |
| 22 | Info Hash: 53D1DE440F17D6567F1067204E832ADE5FADE5CE<br>File Hash: CE413A76BF40C7AFD6A2FDC4D1E3C270F2A436264887410442A171CFA45D906B | 07-05-2021 15:51:16 | Blacked Raw | 06-26-2019 | 08-27-2019 | PA0002213245 |
| 23 | Info Hash: AB40567AB9EC9142F34C0B6DCC75D4EBD430291F<br>File Hash: 9B9F45E04B0280205E7EDAB0A8ECC42BFE96E07BCC284D5365C6CDC5469DC274 | 07-05-2021 15:26:31 | Tushy | 06-27-2021 | 08-02-2021 | PA0002305088 |
| 24 | Info Hash: CB67C5E36454FF28F98F9B877FF3D3A6F8A16825<br>File Hash: C544D9ADBF7314162342E2D4F7B61EEB76B52924589173E2885D9240E9C42CFD | 06-12-2021 13:44:33 | Blacked Raw | 03-30-2020 | 04-17-2020 | PA0002237303 |
| 25 | Info Hash: 15A9AD59EBBC05EA27DB08074626F90CF4DA2415<br>File Hash: B5B846179CAFB2E32AC1797AF07E0EF8D91F574F619F0205AC42956435A1115F | 06-12-2021 13:42:57 | Tushy | 11-17-2017 | 01-04-2018 | PA0002069336 |
| 26 | Info Hash: 96F85F54DC4A7122C5268F0BA6B765EDDBE21338<br>File Hash: 2E51FADA8E68829FAB7E136DD24EB9761D5A416AD4928C2274614AEA67F28329 | 06-12-2021 13:31:16 | Blacked Raw | 06-01-2019 | 07-17-2019 | PA0002188304 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 9467A61011D4831D74B6EC4EC8C9582E01F53BC8<br>File Hash: CA022D906545C862D4847E71792D61257C0AF53124623967F3E116A9897237CE | 06-12-2021 13:24:29 | Tushy | 09-08-2017 | 09-15-2017 | PA0002052841 |
| 28 | Info Hash: 4CFCD4A417821FCFCD79A36FA4B8E445497B61BB<br>File Hash: 321968D700111022299000B4A423C842F1148E917FE15681BEBABE12F54EB66E | 06-12-2021 13:17:46 | Tushy | 03-22-2019 | 04-08-2019 | PA0002164887 |
| 29 | Info Hash: 2EADBDD2B688357B54F433220518A42652EC6D62<br>File Hash: 4E400422184ACA88892343E2440948374179BC224F791CE7E693402C01F5A617 | 06-10-2021 03:51:43 | Vixen | 07-03-2019 | 08-02-2019 | PA0002192292 |
| 30 | Info Hash: 3B966541493949E2F48A2034CCAB2FFDF9719718<br>File Hash: 13B3010F47551E1A8F06E5C9C3D6B34730E92F4815379D66A0481A1667A3A3F7 | 06-10-2021 03:38:13 | Vixen | 01-19-2018 | 03-02-2018 | PA0002104769 |
| 31 | Info Hash: CFB3C6698C2D3B922752726556F33517ACAB006B<br>File Hash: 78CB09F6C2242774890DE6B5CA4C05DAFC9853410B097ADB6B71BF3B0DDBCF26 | 06-10-2021 03:36:38 | Blacked | 04-30-2019 | 06-03-2019 | PA0002178774 |
| 32 | Info Hash: 9BC774ABF2603AC833ACCD5C88C3804A78D8A297<br>File Hash: F81974D573968FAA06B4468C16023F5A98CF8B60DA6C3FB454746736781F6FF7 | 05-16-2021 12:00:01 | Vixen | 04-30-2021 | 06-03-2021 | PA0002299685 |
| 33 | Info Hash: C00EDC1F12E5051872EB0D78C518EF755F9AB034<br>File Hash: 90C3C43060083796BF2F4730B6F8BEC9003AC66F7E40A7453C3792A1778E5035 | 04-28-2021 12:23:29 | Tushy | 04-11-2021 | 04-27-2021 | PA0002288948 |
| 34 | Info Hash: BC0C9BC5AF9D291E2FEF2ACC722DEFC0374C9497<br>File Hash: 5AEC03A279447FE51A90E242071EF9C03ACAC533AAE664E8E33446E7A2D186FB | 04-27-2021 12:21:14 | Vixen | 04-09-2021 | 06-03-2021 | PA0002299683 |
| 35 | Info Hash: 988F927F90E134982B8CD3978EF27BA55E205C53<br>File Hash: C607FD8C292C7B36EDD3B9909EA0E140BD496CC2BB18EF39A85D525A249E99D5 | 04-26-2021 02:37:57 | Tushy | 12-20-2020 | 01-05-2021 | PA0002269960 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: FCBEEDE3DB6496B738DF7E5934DFDED8C282C3ED<br>File Hash: 7ACB95544CC53B724028F63A3CB8D988FC1BEFFD543B9464A86C8695E4713AE5 | 04-21-2021 10:45:45 | Tushy | 04-04-2021 | 04-14-2021 | PA0002286714 |
| 37 | Info Hash: BB9B1D5CE4DB5A34BD2C3BF4186B2281F6935ADA<br>File Hash: D044D10640875D6E7D75C830EB2613AD8553831CA0CBECE175559DABE29252DF | 03-30-2021 10:34:08 | Tushy | 03-14-2021 | 03-22-2021 | PA0002282514 |
| 38 | Info Hash: B3C0FDF6D0FEF30F71549E1399500D6A932FAD19<br>File Hash: F25027B6FF0C778172A1070478CD96421152D6B461643F984130226FC0ED6185 | 03-07-2021 14:17:22 | Tushy | 02-21-2021 | 03-08-2021 | PA0002280370 |
| 39 | Info Hash: 90A1D7CB8B1164A9B39FF031F7F327E10DAF2221<br>File Hash: 4F5E9E0E11E4C06166F581F7E6719DD1E9D3DB561F994F8BD047F9AD7B9D4BED | 02-27-2021 12:55:24 | Blacked | 02-13-2021 | 02-26-2021 | PA0002283713 |